926 A.2d 851

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. GREGORY D. AUSTIN, DEFENDANT–PETITIONER.

June 21, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

926 A.2d 852

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARSHALL ROUNTREE, DEFENDANT–PETITIONER.

June 21, 2007.

Denied.